In the Matter of the Accounting of MARY J. ODELL, as Trustee under the Will of LAWRENCE ODELL, Deceased, Appellant.

LYDIA H. KANE et al., Respondents.

*Matter of Odell*, 164 App. Div. 929, affirmed.
(Submitted February 25, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 5, 1914, which affirmed a decree of the New York County Surrogate's Court settling the accounts of Mary J. Odell as trustee under the will of Lawrence Odell, deceased.

*Alfred L. Marilley* for appellant.

*Austin E. Pressinger* for respondents.

Order affirmed, with costs, no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER, CARDOZO and SEABURY, JJ.